UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PLAQUEMINES PARISH**     **CIVIL ACTION**

**VERSUS**     **No. 13-6711**

**APACHE OIL CORPORATION ET AL.**     **SECTION I**

### ORDER

**IT IS ORDERED** that the Court **DEFERS** ruling on the motion[1] to remand by plaintiff, Plaquemines Parish, pending a decision by Judge Zainey on identical issues presented in the motions to remand that are before him.

**IT IS FURTHER ORDERED** that discovery is **STAYED** pending resolution of the remand motion.

New Orleans, Louisiana, February 27, 2014.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 22.