UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PLAQUEMINES PARISH**          **CIVIL ACTION**

**VERSUS**          **No. 13-6711**

**APACHE OIL CORP. ET AL.**          **SECTION I**

## ORDER

Considering the motion[1] filed by defendant, Exxon Mobil Corporation, to enroll counsel of record,

**IT IS ORDERED** that the motion is **GRANTED**. Roy C. Cheatwood, Monica A. Frois, Matthew A. Woolf, and Tyler L. Weidlich are enrolled as counsel of record for defendant, Exxon Mobil Corporation, in connection with the above-captioned matter.

New Orleans, Louisiana, June 10, 2014.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 46.